UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                Plaintiff  )<br>                           )<br>     v.                      )<br>                           )<br>GERRY K. ALLEN, et al.,  )<br>                Defendants  ) | Civil Action No. 05-30150-KPN |

ORDER
November 15, 2005

Plaintiff filed a complaint in the U.S. District Court on June 24, 2005. A return of service was filed on October 19, 2005, with a responsive pleading due by October 26, 2005. As of this date, no answer has been filed.

Pursuant to Local Rule 41.1(b)(1), counsel shall file a certificate describing the status of this action with the Clerk's Office by the close of business on December 6, 2005. Failure to comply with this order may result in dismissal of the matter for failure to prosecute.

                                          KENNETH P. NEIMAN
                                          U.S. Magistrate Judge

                         By:   /s/ Bethaney A. Healy
                               Bethaney A. Healy
                               Deputy Clerk