UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>ANN ALLEN, )<br>)<br>    Defendant. ) | Court No. 05-CV-30150-KPN |

### UNITED STATES' MOTION FOR DEFAULT AGAINST ANN ALLEN

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, the plaintiff, United States of America, moves this Court to enter a default against the defendant, Ann Allen (hereinafter "Allen"), for failing to plead to, or otherwise defend, the complaint for the above captioned action.

In support, the United States says:

1.      According to our office records, Allen is indebted to the United States for the principal amount of $210,158.38; plus $175,948.08 accrued interest; plus costs. The total balance as of December 2, 2005 is $386,106.46.

2.      The submitted affidavit of Tricia L. Desingco, Paralegal for the United States Attorney's Office Financial Litigation Unit, Boston, Massachusetts, establishes Allen's failure to plead to the complaint.

WHEREFORE, the United States moves this Court to enter a default, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, against Allen for failing to plead to, or otherwise defend, the complaint in the above captioned action.

    Respectfully submitted,

    UNITED STATES OF AMERICA
    By its attorneys

    MICHAEL J. SULLIVAN
    United States Attorney

By:

    /s/ Christopher R. Donato
    CHRISTOPHER R. DONATO
    Assistant U.S. Attorney
    1 Courthouse Way, Suite 9200
    Boston, MA 02210
    (617) 748-3303

Dated: December 2, 2005

## CERTIFICATE OF SERVICE

Suffolk, s.s.                                                                                                          Boston, MA

    I hereby certify that on this day, I served a copy of the foregoing by mailing to Ann Allen at 48 Randall Rd., Apt. #1, Montague, MA 01351 and her possible attorney James F. Dolan, Esq., at Dolan & Dolan, 174 Avenue A, Turners Falls, MA 01376.

    /s/ Christopher R. Donato
    CHRISTOPHER R. DONATO
    Assistant U.S. Attorney

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ANN ALLEN, )<br>)<br>Defendant. ) | Court No. 05-CV-30150-KPN |

**AFFIDAVIT SUPPORTING UNITED STATES' MOTION FOR DEFAULT**

I, Tricia L. Desingco, state under oath that:

1.  I am a Paralegal with the United States Attorney's Office Financial Litigation Unit located in Boston, Massachusetts.

2.  In that capacity, I process and maintain debt collection cases, including the case of Ann Allen (hereinafter "Allen"). I am also the custodian of the records for such cases.

3.  Allen was served, according to the return of service, with a summons and complaint on October 6, 2005 at 17 I Street, Turners Falls, MA 01376. See attached exhibit "A". As of December 2, 2005, Allen has not served on the United States Attorney an answer, or other responsive pleading, to the complaint in the above captioned action.

_Tricia Desingco_
Tricia L. Desingco
Paralegal

Date: December 2, 2005

Signed and sworn to before me at Boston, Massachusetts, on this 2nd day of December, 2005.

_Joanne L. Albano_
Notary Public

My commission expires:

JOANNE L. ALBANO
Notary Public
Commonwealth of Massachusetts
My Commission Expires
December 25, 2009

**EXHIBIT A**

U.S. Department of Justice
United States Marshals Service

PROCESS RECEIPT AND RETURN
*Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States | 05-30150-KPN |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Gerry Allen and Ann Allen | Complaint + Summons |

SERVE → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Ann Allen

AT ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

17 I Street, Turners Fall, MA 01376

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Nancy Rojas
US Attorney's Office
Financial Litigation
One Courthouse Way
Boston, MA 02210

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case: 2
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please make service prior to September 04, 2005

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 617/748-3888
DATE: 7/5/05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
Total Process: 1
District of Origin No. 38
District to Serve No. 38
Signature of Authorized USMS Deputy or Clerk: Nancy [signature]
Date: 7/6/05

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (if not shown above):
Nancy Aubrey - Cousin (Ann Allen)

Date of Service: 10/6/05   Time: 3:00 pm
Signature of U.S. Marshal or Deputy: [signature] #5279

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 90.00 | 36.50 | — | 126.50 | — | — | — |

REMARKS: FWD to USM Springfield office 7/6/05

Ann Allen now resides on Randall Rd, [...], MA - unknown #.
Nancy Aubrey (cousin) of Ann Allen
will see her at 4pm this date men

PRIOR EDITIONS MAY BE USED   1. CLERK OF THE COURT   FORM USM-285 (Rev. 12/15/80)