UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>     Plaintiff )<br>          )<br>V.         )<br>          )<br>          )<br>GERRY K. ALLEN, et al., )<br>     Defendants ) | Civil Action No. 05-30150-KPN |

## NOTICE OF DEFAULT

  Upon application of the Plaintiff, <u>United States of America</u>, an order of Default for failure of the Defendant, <u>Ann M. Allen</u>, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this <u>13TH</u> day of <u>December, 2005</u>.

                SARAH ALLISON THORNTON
                CLERK OF COURT

             By: /s/ Bethaney A. Healy
                Deputy Clerk

Notice mailed to: Counsel for Plaintiff
        And Defendants


Default Notice.wpd - 2/2000)
[ntcdflt.]