UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>　　　　Plaintiff, )<br>)<br>　　v. )<br>)<br>ANN ALLEN, )<br>)<br>　　　　Defendant. ) | Court No. 05-CV-30150-KPN |

**<u>UNITED STATES' MOTION FOR DEFAULT JUDGMENT AGAINST ANN ALLEN</u>**

Pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure, the plaintiff, United States of America, moves this Court to enter judgment by default against the defendant, Ann Allen (hereinafter "Allen"), for failing to plead to, or otherwise defend, the complaint for the above captioned action.

In support, the United States says:

1. According to our office records, Allen is indebted to the United States for the principal amount of $210,158.38; plus $175,948.08 accrued interest; plus costs. The total balance as of December 28, 2005 was $386,106.46.

2. The submitted affidavit of Tricia L. Desingco, Paralegal for the United States Attorney's Office Financial Litigation Unit, Boston, Massachusetts, establishes that the United States is entitled to recover judgment on default.

WHEREFORE, the United States requests this Court to enter a default judgment against Allen in the sum of $386,106.46; plus interest from the date of judgment at the legal interest rate, computed daily and compounded annually until paid in full; plus costs for this action, including a $250.00 filing fee pursuant to 28 U.S.C. § 2412(a)(2).

        Respectfully submitted,

        UNITED STATES OF AMERICA
        By its attorneys

        MICHAEL J. SULLIVAN
        United States Attorney

By:
    /s/ Christopher R. Donato
    CHRISTOPHER R. DONATO
    Assistant U.S. Attorney
    1 Courthouse Way, Suite 9200
    Boston, MA 02210
    (617) 748-3303

Dated: December 28, 2005

## CERTIFICATE OF SERVICE

Suffolk, s.s.        Boston, MA

    I hereby certify that on this day, I served a copy of the foregoing by mailing to Ann Allen at 48 Randall Rd., Apt. #1, Montague, MA 01351 and her possible attorney James F. Dolan, Esq., at Dolan & Dolan, 174 Avenue A, Turners Falls, MA 01376.

    /s/ Christopher R. Donato
    CHRISTOPHER R. DONATO
    Assistant U.S. Attorney

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v.    )<br>)<br>ANN ALLEN, )<br>)<br>Defendant. ) | Court No. 05-CV-30150-KPN |

**AFFIDAVIT SUPPORTING UNITED STATES' MOTION
FOR DEFAULT JUDGMENT**

I, Tricia L. Desingco, state under oath that:

1. I am a Paralegal with the United States Attorney's Office Financial Litigation Unit located in Boston, Massachusetts.

2. In that capacity, I process and maintain debt collection cases, including the case of Ann Allen (hereinafter "Allen"). I am also the custodian of the records for such cases.

3. According to the records, which I have examined, and to the best of my knowledge, Allen is neither an infant nor an incompetent person.

4. According to the records of the Department of Defense Manpower Data Center, the defendant is not an active member of the armed services of the United States and is not entitled to protection under the Soldiers' and Sailors' Civil Relief Act of 1940.

5. Upon the claim stated in the complaint, Allen is indebted to the United States for

the principal amount of $210,158.38; plus $175,948.08 accrued interest; plus costs for this action, including a $250.00 filing fee pursuant to 28 U.S.C. § 2412(a)(2).

*Tricia Desingco*
Tricia L. Desingco
Paralegal

Date: December 28, 2005

Signed and sworn to before me at Boston, Massachusetts, on this 28 day of Dec., 2005.

*Mary A. Watson*
Notary Public

My commission expires: 2/16/07

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Court No. 05-CV-30150-KPN |
| ) | |
| ANN ALLEN, ) | |
| ) | |
| Defendant. ) | |

**<u>JUDGMENT BY DEFAULT AGAINST ANN ALLEN</u>**

The defendant, Ann Allen, having failed to plead or otherwise defend in this action and its default having been entered,

Now, upon application of the plaintiff and affidavits demonstrating that the defendant owes the plaintiff the sum of $386,106.46; that defendant is not an infant or incompetent person or in the military service of the United States, and that plaintiff has incurred costs, including a $250.00 filing fee pursuant to 28 U.S.C. § 1914, it is hereby

ORDERED, ADJUDGED, AND DECREED that the plaintiff, United States of America, recover from the defendant, Ann Allen, the sum of $386,106.46; plus interest from the date of judgment at the legal rate, computed daily and compounded annually until paid in full; plus in costs for this action, including a $250.00 filing fee pursuant to 28 U.S.C. § 1914.

                                                  Sarah A. Thornton
                                                  Clerk, United States District Court

                              By: _____
                                                Deputy Clerk

Dated: