UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,            )
                     Plaintiff    )
                              )
      v.                            )    Civil Action No. 05-30150-KPN
                              )
GERRY K. ALLEN,                      )
                     Defendant   )

ORDER
June 16, 2006

      Plaintiff filed a complaint in the U.S. District Court on June 24, 2005. On January 6, 2006, the court entered Default Judgment with respect to Defendant Ann Allen only. Counsel has taken no further action in this matter with respect to Gerry K. Allen.

      Counsel shall file a certificate describing the status of this action with the Clerk's Office by the close of business on July 7, 2006. Failure to comply with this order may result in dismissal of the matter for failure to prosecute.

                                          KENNETH P. NEIMAN
                                          U.S. Magistrate Judge

                              By:   /s/ Bethaney A. Healy
                                       Bethaney A. Healy
                                       Deputy Clerk