UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL NO.  05-CV-30150-KPN |
| | ) | |
| ANN ALLEN, | ) | |
| Defendant. | ) | |

**SATISFACTION OF JUDGMENT**

Now comes the plaintiff, the United States of America, and acknowledges satisfaction of

the Judgment as to the defendant, Ann Allen, by payment in full.

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorneys

MICHAEL. J. SULLIVAN
United States Attorney

By:
 /s/   Christopher R. Donato
CHRISTOPHER R. DONATO
Assistant U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3303

Dated: February 1, 2007

**CERTIFICATE OF SERVICE**

Suffolk, s.s.                                                                                          Boston, MA

I hereby certify that on February 1, 2007, this document was filed through the ECF
system and sent to Allen located in Montague, MA, electronically to any registered participants
and/or a paper copy was sent by mail to those indicated as non-registered participants.
 /s/ Christopher R. Donato
CHRISTOPHER R. DONATO
Assistant U.S. Attorney